FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 1 5 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN DOE,

    Plaintiff,

v.

OFFICER WOOTEN, in his individual capacity, WARDEN R. WILEY, in his individual and official capacities, RICK STOVER, in his individual and official capacities, and FEDERAL BUREAU OF PRISON DIRECTOR HARLEY LAPPIN, in his official capacity.

    Defendants.

Civil Action No.: 1:07-CV-2764

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO LITIGATE ANONYMOUSLY

Having considered Plaintiff's motion for a protective order and leave to litigate anonymously along with its supporting memorandum of law,

**IT IS HEREBY ORDERED THAT:**

Plaintiff's motion for a protective order and leave to litigate anonymously is hereby GRANTED, and Plaintiff shall be referred to as "John Doe" for all

-3-

purposes in connection with this action, including discovery papers and filings with this Court.

**SO ORDERED**, this ___15th___ day of ___Nov___ 2007.

_____
United States District Court Judge