**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| JOHN DOE, | |
| Plaintiff, | CIVIL ACTION NO. 1:07-CV-2764-RWS |
| v. | |
| OFFICER WOOTEN, in his individual capacity, WARDEN R. WILEY, in his individual and official capacities, RICK STOVER, in his individual and official capacities, and FEDERAL BUREAU OF PRISON DIRECTOR HARLEY LAPPIN, in his official capacity. | |
| Defendants. | |

**<u>ORDER</u>**

This case comes before the Court on the Parties' Stipulated Motion to Dismiss Claims Against Defendant Wooten. [100] Both parties have agreed to dismiss claims brought against Defendant Wooten in his individual capacity pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Motion [100] is **GRANTED**. All claims against Defendant Wooten are **DISMISSED**. As there are no additional pending claims, the Clerk is directed to close the case.

AO 72A
(Rev.8/82)

**SO ORDERED** this  22nd  day of June, 2009.

**RICHARD W. STORY**
United States District Judge