FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 15 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER WOOTEN, in his individual capacity; et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:07-CV-2764-RWS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Doe hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following Judgments and Orders:

1. The Judgment entered on March 30, 2009 in favor of Defendant Stover in his official and individual capacities and Defendant Lappin in his official capacity.

2. The Order entered on March 30, 2009 granting Defendants' Motion for Summary Judgment as to Individual Capacity Defendant Stover and granting Defendants' Motion for Summary Judgment as to Official Capacity Defendants.

This notice is timely filed within 60 days of the District Court's final judgment dismissing the remaining claims in the suit, against Defendant Officer

Wooten, on June 25, 2009. *See* Fed. R. App. P. 4(a)(1)(B); *see generally Hudson v. Hall*, 231 F.3d 1289, 1292 n.1 (11th Cir. 2000).

Provided with this Notice of Appeal is payment of the filing fee ($5.00) and the docketing fee ($450.00) as required by 28 U.S.C. §§ 1913, 1915, and 1917 and Federal Rule of Appellate Procedure 3(e).

Dated:     July 14, 2009

Respectfully submitted,

/s/ David L. Balser

David L. Balser

Thomas L. Cubbage III*
Jeffrey H. Lerner*
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000
*admitted *pro hac vice*

Mari K. Bonthuis*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York NY 10018
(212) 841-1000
*admitted *pro hac vice*

David L. Balser
Georgia Bar No. 035835
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree St., NE
Suite 5300
Atlanta, GA 30308
(404) 527-4000

Philip Fornaci*
D.C. Prisoners' Project
Washington Lawyers' Committee for
    Civil Rights & Urban Affairs
11 Dupont Circle, Suite 400
Washington, DC 20036
(202) 319-1000
*admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | CIVIL ACTION NO.<br>1:07-CV-2764-RWS |
| v. | |
| OFFICER WOOTEN, in his individual capacity; et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of July, 2009 caused a copy to be sent by Federal Express to counsel at the address below.

R. David Powell
Assistant United States Attorney
600 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

_____
David L. Balser
Georgia Bar No. 035835
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree St., NE
Suite 5300
Atlanta, GA 30308
(404) 527-4000