**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>WOOTEN et al,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-2764-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, on its August 20, 2009 Order vacating the Court's previous orders of September 29, 2008 and June 25, 2009 and directing that judgement be entered favor of Defendants Wooten and Wiley, it is

**Ordered and Adjudged** that all claims against Defendants are **dismissed** with prejudice.

Dated at Atlanta, Georgia, this 20th day of August, 2009.

                JAMES N. HATTEN
                CLERK OF COURT

            By: s/ Gretchen Rosa
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 20, 2009
James N. Hatten
Clerk of Court

By: s/ Gretchen Rosa
   Deputy Clerk