# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
CLERK OF COURT

CIVIL SECTION  
404-215-1655

August 24, 2009

Thomas K. Kahn, Clerk  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

      **U.S.D.C. No.: 1:07-cv-2764-RWS**  
      **U.S.C.A. No.: 09-13707-G**  
      **In re:**      *John Doe v. Officer Wooten*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_\_\_    Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

\_\_\_\_\_    This is not the first notice of appeal. Other notices were filed on: .

\_\_\_\_\_    There is no transcript.

\_\_\_\_\_    The court reporter is .

\_\_\_\_\_    There is sealed material as described below: .

  X    Other: Doc. # 107.

\_\_\_\_\_    Fee paid on .

\_\_\_\_\_    Appellant has been  leave to file *in forma pauperis*.

\_\_\_\_\_    This is a bankruptcy appeal. The Bankruptcy Judge is .

\_\_\_\_\_    The Magistrate Judge is .

\_\_\_\_\_    The District Judge is .

\_\_\_\_\_    This is a **DEATH PENALTY** appeal.

                                        Sincerely,

                                        James N. Hatten  
                                        Clerk of Court

                             By:    /s/ Elaine N. McFarland  
                                     Deputy Clerk

Enclosures