# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

DOCKETING SECTION
404-215-1655

August 26, 2009

United States Court of Appeals
11th Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

**USDC Civil Action No. 1:07-cv-2764-RWS**

**USCA No.   09-13707-G**

**Re: *John Doe v. Wooten, et al***

---

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Northern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for the purposes of this appeal.  The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

|  |  |
|---|---|
| 7 | Volume(s) of pleadings |
| | Volume(s) of depositions |
| 1 | Volume(s) of transcripts |
| | Volume(s) of exhibits |
| | Other: |

Sincerely,

James N. Hatten
Clerk of Court

By:  /s/ Elaine N. McFarland
Deputy Clerk

Enclosures

0months, APPEAL, CLOSED, PROTO

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:07-cv-02764-RWS
### Internal Use Only

Doe v. Wooten et al                                    Date Filed: 11/07/2007
Assigned to: Judge Richard W. Story                    Date Terminated: 06/25/2009
Case in other court: USCA, 09-13707-G                  Jury Demand: None
Cause: 28:1331 Federal Prisoner Civil Rights           Nature of Suit: 540 Mandamus & Other
                                                       Jurisdiction: Federal Question

**Petitioner**

**John Doe**                              represented by  **David Lewis Balser**
                                                          McKenna Long & Aldridge-GA
                                                          303 Peachtree Street, N.E.
                                                          One Peachtree Center, Suite 5300
                                                          Atlanta , GA 30308-3201
                                                          404-527-4000
                                                          Email: dbalser@mckennalong.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey H. Lerner**
                                                          Covington & Burling, LLP
                                                          1201 Pennsylvania Avenue NW
                                                          Washington , DC 20004
                                                          202-662-6000
                                                          Email: jlerner@cov.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mari Kristine Bonthuis**
                                                          Covington & Burling-NY
                                                          620 Eighth Avenue
                                                          New York , NY 10018
                                                          212-841-1000
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Philip J. Fornaci**
                                                          Washington Lawyers' Committee for

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 2 6 2009

James N. Hatten, Clerk
By:

Civil Rights
and Urban Affairs
11 Dupont Circle
Suite 400
Washington , DC 20036
202-319-1000
Email: philip_fornaci@washlaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L. Cubbage , III**
Covington & Burling-DC
1201 Pennsylvania Avenue, NW
Washington , DC 20004
202-662-6000
Email: tcubbage@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Officer Wooten**                      represented by **Robert David Powell**
*in his individual capacity*                            Office of United States Attorney
                                                        Northern District of Georgia
                                                        75 Spring Street, S.W.
                                                        600 United States Courthouse
                                                        Atlanta , GA 30303
                                                        404-581-6004
                                                        Email: R.David.Powell@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

**Respondent**

**Warden R. Wiley**                     represented by **Robert David Powell**
*in his individual and official capacities*             (See above for address)
*TERMINATED: 09/29/2008*

**Respondent**

**Rick Stover**                         represented by **Robert David Powell**
*in his individual and official capacities*             (See above for address)
*TERMINATED: 03/30/2009*

**Respondent**

**Federal Bureau of Prisons Director**  represented by **Robert David Powell**
**Harley Lappin**                                       (See above for address)
*in his official capacity*                              *ATTORNEY TO BE NOTICED*

*TERMINATED: 03/30/2009*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2007 *BegVol.1* | 1 | COMPLAINT for Mandamus Relief (Filing fee $ 350.00 receipt number 571122), filed by John Doe. (Attachments: # 1 Summons Issued, # 2 Civil Cover Sheet)(ryc) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 11/08/2007) |
| 11/07/2007 | 2 | MOTION for Preliminary Injunction with Brief In Support by John Doe. (Attachments: # 1 Memorandum of Law In Support of Motion, # 2 Declaration of Deborah M. Golden, # 3 Exhibit 1 to Declaration, # 4 Exhibit 2 to Declaration, # 5 Exhibit 3 to Declaration, # 6 Exhibit 4 to Declaration, # 7 Exhibit 5 to Declaration, # 8 Exhibit 6 to Declaration, # 9 Exhibit 7 to Declaration, # 10 Exhibit 8 to Declaration, # 11 Exhibit 9 to Declaration, # 12 Exhibit 10 to Declaration)(ryc) (Entered: 11/08/2007) |
| 11/07/2007 | 3 | MOTION for Leave to File Excess Pages with Brief In Support by John Doe. (Attachments: # 1 Memorandum of Law In Support of Motion) (ryc) (Entered: 11/08/2007) |
| 11/07/2007 | 4 | MOTION for Protective Order and MOTION to Litigate Anonymously with Brief In Support by John Doe. (Attachments: # 1 Memorandum In Support of Motion) (ryc) (Entered: 11/08/2007) |
| 11/08/2007 | 5 | ORDER OF RECUSAL. Judge Julie E. Carnes recused. Case reassigned to Judge Richard W. Story for all further proceedings. Signed by Judge Julie E. Carnes on 11/8/07. (ryc) (Entered: 11/09/2007) |
| 11/09/2007 | 6 | NOTICE of Case Reassignment pursuant to 5 Order of Recusal (ryc) (Entered: 11/09/2007) |
| 11/15/2007 | 7 | VACATED PURSUANT TO ORDER FILED 5/30/2008 ORDER GRANTING 4 Motion for Protective Order and Leave to Litigate Anonymously. Signed by Judge Richard W. Story on 11/15/2007. (sjk) Modified on 6/2/2008 (sjk). (Entered: 11/16/2007) |
| 11/15/2007 | 8 | ORDER GRANTING 3 Motion for Leave to File Excess Pages. Signed by Judge Richard W. Story on 11/15/2007. (sjk) (Entered: 11/16/2007) |
| 11/28/2007 | | Submission of 2 MOTION for Preliminary Injunction to District Judge Richard W. Story. (sjk) (Entered: 11/28/2007) |
| 12/03/2007 | 9 | Return of Service Executed by John Doe. Officer Wooten served on 11/13/2007, answer due 12/3/2007. (Balser, David) (Entered: 12/03/2007) |
| 12/03/2007 | 10 | Return of Service Executed by John Doe. Federal Bureau of Prisons Director Harley Lappin served on 11/13/2007, answer due 12/3/2007. |

| | | |
|---|---|---|
| | | (Balser, David) (Entered: 12/03/2007) |
| 12/03/2007 | 11 | NOTICE Of Filing Returns of Service on USA by John Doe (Balser, David) (Entered: 12/03/2007) |
| 12/18/2007 | 12 | APPLICATION for Admission of Mari Kristine Bonthuis Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459274)by John Doe. (Attachments: # 1 Proposed Order)(Balser, David) (Entered: 12/18/2007) |
| 12/18/2007 | 13 | APPLICATION for Admission of Jeffrey Lerner Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459328)by John Doe. (Attachments: # 1 Proposed Order)(Balser, David) (Entered: 12/18/2007) |
| 12/18/2007 | 14 | APPLICATION for Admission of Thomas L. Cubbage III Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459332)by John Doe. (Attachments: # 1 Proposed Order)(Balser, David) (Entered: 12/18/2007) |
| 12/18/2007 | 15 | APPLICATION for Admission of Philip J. Fornaci Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459336)by John Doe. (Attachments: # 1 Proposed Order)(Balser, David) (Entered: 12/18/2007) |
| 12/19/2007 | | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Jeffrey Lerner Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459328). Attorney Jeffrey Lerner for John Doe added. (pb) (Entered: 12/19/2007) |
| 12/19/2007 | | APPROVAL by Clerks Office re: 15 APPLICATION for Admission of Philip J. Fornaci Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459336), 14 APPLICATION for Admission of Thomas L. Cubbage III Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459332). Attorney Thomas L. Cubbage, III for John Doe, Philip J. Fornaci for John Doe added. (pb) (Entered: 12/19/2007) |
| 12/19/2007 | | APPROVAL by Clerks Office re: 12 APPLICATION for Admission of Mari Kristine Bonthuis Pro Hac Vice (Application fee $ 150, receipt number 113E0000000001459274). Attorney Mari Kristine Bonthuis for John Doe added. (pb) (Entered: 12/19/2007) |
| 12/24/2007 | 16 | ORDER GRANTING 13 Application for Admission Pro Hac Vice of Jeffrey Lerner. Signed by Judge Richard W. Story on 12/24/2007. (sjk) (Entered: 12/26/2007) |
| 12/24/2007 | 17 | ORDER GRANTING 15 Application for Admission Pro Hac Vice of Philip Fornaci. Signed by Judge Richard W. Story on 12/24/2007. (sjk) (Entered: 12/26/2007) |
| 12/24/2007 | 18 | ORDER GRANTING 14 Application for Admission Pro Hac Vice of Thomas L. Cubbage III. Signed by Judge Richard W. Story on |

| | | |
|---|---|---|
| | | 12/24/2007. (sjk) (Entered: 12/26/2007) |
| 12/24/2007 | 19 | ORDER GRANTING 12 Application for Admission Pro Hac Vice of Mari K. Bonthuis. Signed by Judge Richard W. Story on 12/24/2007. (sjk) (Entered: 12/26/2007) |
| 01/03/2008 | 20 | Return of Service Executed by John Doe. Rick Stover served on 12/8/2007, answer due 12/28/2007. (Balser, David) (Entered: 01/03/2008) |
| 01/07/2008 | 21 | MOTION for More Definite Statement, MOTION For Screening Under 28 U.S.C. § 1915A 1 Complaint for Mandamus Relief, with Brief In Support by Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Powell, Robert) Modified on 1/8/2008 (sjk). (Entered: 01/07/2008) |
| 01/08/2008 | 22 | NOTICE of Appearance by Robert David Powell on behalf of Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin (Powell, Robert) (Entered: 01/08/2008) |
| 01/10/2008 | 23 | MOTION for Extension of Time for Individual Capacity Defendants Wooten and Stover to Respond to Complaint re: 1 Complaint for Mandamus Relief, *Pursuant to USAM § 4-5.412.C.2* with Brief In Support by Officer Wooten, Rick Stover. (Attachments: # 1 Brief)(Powell, Robert) Modified on 1/11/2008 to correct double wording in docket text (sjk). Modified on 1/22/2008 (sjk). (Entered: 01/10/2008) |
| 01/17/2008 | 27 | ORDER GRANTING 23 Motion for Extension of Time to Answer. Signed by Judge Richard W. Story on 1/17/2008. (sjk) (Entered: 01/22/2008) |
| 01/18/2008 | 24 | MOTION for Relief re: 7 MOTION for Extension of Time Conduct Early Planning Conference, File a Joint Preliminary Report and Discovery Plan, File Mandatory Disclosures, and Respond re: 2 MOTION for Preliminary Injunction with Brief In Support by Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Attachments: # 1 Brief, # 2 Exhibit Defs. Ex. 1)(Powell, Robert) Modified on 1/31/2008 to clean up text (sjk). (Entered: 01/18/2008) |
| 01/18/2008 | 25 | RESPONSE in Opposition re 21 MOTION for More Definite Statement MOTION For Screening Under 28 U.S.C. § 1915A 1 Complaint for Mandamus Relief, MOTION For Screening Under 28 U.S.C. § 1915A 1 Complaint for Mandamus Relief, filed by John Doe. (Attachments: # 1 Exhibit Exhibits 1-2 to Opposition)(Lerner, Jeffrey) (Entered: 01/18/2008) |
| 01/18/2008 | 26 | RESPONSE in Opposition re 23 MOTION for Extension of Time for Individual Capacity Defendants Wooten and Stover to Respond to Complaint re: 1 Complaint for Mandamus Relief, *Filed on Behalf of Defendants Wooten and Stover Pursuant to USAM § 4-5.412.C.2* filed by John Doe. (Attachments: # 1 Exhibit 1-2)(Lerner, Jeffrey) Modified on 1/22/2008 (sjk). (Entered: 01/18/2008) |

| | | |
|---|---|---|
| 01/30/2008 | 28 | RESPONSE in Opposition re 24 MOTION for Relief re: 7 MOTION for Extension of Time to Conduct Early Planning Conference, File a Joint Preliminary Report and Discovery Plan, File Mandatory Disclosures, and Respond re: 2 MOTION for Preliminary Injunction filed by John Doe. (Balser, David) Modified on 1/31/2008 to clean up text (sjk). (Entered: 01/30/2008) *END VOl | |
| 02/06/2008 | | Submission of 21 MOTION for More Definite Statement MOTION For Screening Under 28 U.S.C. § 1915A 1 Complaint for Mandamus Relief to District Judge Richard W. Story. (sjk) (Entered: 02/06/2008) |
| 02/06/2008 *Beg Vol. 2 | 29 | REPLY BRIEF re 21 MOTION for More Definite Statement MOTION For Screening Under 28 U.S.C. § 1915A 1 Complaint for Mandamus Relief, MOTION For Screening Under 28 U.S.C. § 1915A 1 Complaint for Mandamus Relief, *filed by Official Capacity Defendants* filed by Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Powell, Robert) Modified on 2/7/2008 to correct text to more accurately reflect e-filed document (sjk). (Entered: 02/06/2008) |
| 02/22/2008 | | Submission of 24 MOTION for Relief re: 7 Order, MOTION for Extension of Time to Conduct Early Planning Conference, File a Joint Preliminary Report and Discovery Plan, File Mandatory Disclosures, and Respond re: 2 MOTION for Preliminary Injunction to District Judge Richard W. Story. (sjk) (Entered: 02/22/2008) |
| 03/07/2008 | 30 | MOTION for More Definite Statement, MOTION For a Frivolity Review 1 Complaint for Mandamus Relief, with Brief In Support by Officer Wooten, Rick Stover. (Powell, Robert) Modified on 3/10/2008 to correct double wording in docket text (sjk). (Entered: 03/07/2008) |
| 03/07/2008 | 31 | MOTION for Extension of Time *(a) to conduct early planning conference, (b) to file joint preliminary report and discovery plan, and (c) to file mandatory disclosures,* MOTION for Relief re 7 Order with Brief In Support by Officer Wooten, Rick Stover. (Powell, Robert) Modified on 3/10/2008 to correct double wording in docket text and to create link to order (sjk). (Entered: 03/07/2008) |
| 03/26/2008 | | Submission of 31 MOTION for Extension of Time *(a) to conduct early planning conference, (b) to file joint preliminary report and discovery plan, and (c) to file mandatory disclosures* MOTION for Relief re 7 Order MOTION for Extension of Time *(a) to conduct early planning conference, (b) to file joint preliminary report and discovery plan, and (c) to file mandatory disclosures* MOTION for Relief re 7 Order, 30 MOTION for More Definite Statement MOTION For a Frivolity Review re 1 Complaint for Mandamus Relief to District Judge Richard W. Story. (sjk) (Entered: 03/26/2008) |
| 03/26/2008 | 32 | RESPONSE in Opposition re 30 MOTION for More Definite Statement MOTION For a Frivolity Review re 1 Complaint for Mandamus Relief, filed by John Doe. (Attachments: # 1 Exhibit A)(Balser, David) (Entered: 03/26/2008) |

| 03/26/2008 | 33 | RESPONSE in Opposition re 31 MOTION for Extension of Time *(a) to conduct early planning conference, (b) to file joint preliminary report and discovery plan, and (c) to file mandatory disclosures* MOTION for Relief re 7 Order MOTION for Extension of Time *(a) to conduct early planning conference, (b) to file joint preliminary report and discovery plan, and (c) to file mandatory disclosures* MOTION for Relief re 7 Order filed by John Doe. (Attachments: # 1 Exhibit A)(Balser, David) (Entered: 03/26/2008) |
|---|---|---|
| 05/07/2008 | 34 | MOTION to Amend *Protective Order* with Brief In Support by John Doe. (Attachments: # 1 Brief In Support of Motion to Amend Protective Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit c, # 5 exhibit d, # 6 exhibit e, # 7 Proposed Order)(Balser, David) (Entered: 05/07/2008) |
| 05/28/2008 | 35 | RESPONSE re 34 MOTION to Amend *Protective Order* filed by Officer Wooten, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Powell, Robert) (Entered: 05/28/2008) |
| 05/29/2008 | 36 | MOTION to Dismiss *Claims against Defendant Wiley*, MOTION for Extension of Time to Raise Additional Rule 12 Defenses, MOTION for More Definite Statement with Brief In Support by Warden R. Wiley. (Attachments: # 1 Exhibit)(Powell, Robert) (Entered: 05/29/2008) |
| 05/30/2008 | 37 | ORDER RESERVING RULING on 2 Motion for Preliminary Injunction, GRANTING 34 Motion to Amend, and GRANTING in part and DENYING in part 21 Motion for a More Definite Statement and for a Frivolity Review, 24 Motion for an Extension of Time and for Relief from Protective Order, 30 Motion for More Definite Statement and Motion for a Frivolity Review, and 31 Motion for Extension of Time and Motion for Relief from Protective Order. Signed by Judge Richard W. Story on 5/30/2008. (sjk) (Entered: 06/02/2008) |
| 05/30/2008 | 38 | Amended CONFIDENTIALITY ORDER. Signed by Judge Richard W. Story on 5/30/2008. (sjk) (Entered: 06/02/2008) |
| 06/12/2008 | 39 | STIPULATION of Dismissal by John Doe, Warden R. Wiley. (Balser, David) Modified on 6/13/2008 to correct double wording in docket text and to add filer (sjk). (Entered: 06/12/2008) |
| 06/13/2008 | 40 | ORDER APPROVING 39 Stipulation of Dismissal of the claims brought against Defendant Wiley in his individual capacity. Signed by Judge Richard W. Story on 6/13/2008. (sjk) (Entered: 06/16/2008) |
| 06/18/2008 | 41 | ANSWER to Complaint for Mandamus Relief by Officer Wooten.(Powell, Robert) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 6/19/2008 to correct double wording in docket text (sjk). (Entered: 06/18/2008) |
| 06/18/2008 | 42 | ANSWER to Complaint for Mandamus Relief by Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin.(Powell, |

| | | Robert) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 6/19/2008 to correct double wording in docket text (sjk). (Entered: 06/18/2008) |
|---|---|---|
| 07/18/2008 | 43 | PRELIMINARY REPORT AND DISCOVERY PLAN filed by John Doe, Federal Bureau of Prisons Diretor Harley Lappin, Rick Stover, Warden R. Wiley, Officer Wooten. (Lerner, Jeffrey) Modified on 7/21/2008 to add filers (sjk). (Entered: 07/18/2008) |
| 07/18/2008 | 44 | Initial Disclosures by John Doe.(Lerner, Jeffrey) (Entered: 07/18/2008) |
| 07/21/2008 | 45 | Initial Disclosures by Officer Wooten, Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin.(Powell, Robert) (Entered: 07/21/2008) |
| 07/21/2008 | 46 | ORDER APPROVING 43 Preliminary Report and Discovery Plan filed by Rick Stover, John Doe, Warden R. Wiley, Federal Bureau of Prisons Director Harley Lappin, Officer Wooten. Signed by Judge Richard W. Story on 7/21/2008. (sjk) (Entered: 07/22/2008) |
| 07/24/2008 | 47 | NOTICE of Hearing on Motion re: 2 MOTION for Preliminary Injunction. Motion Hearing set for 8/5/2008 02:30 PM in Courtroom 2105 before Judge Richard W. Story. (rag) (Entered: 07/24/2008) |
| 07/25/2008 | 48 | CERTIFICATE OF SERVICE *for Plaintiff's First Set of Requests for Production* by John Doe.(Lerner, Jeffrey) (Entered: 07/25/2008) |
| 07/30/2008 | | Submission of 36 MOTION to Dismiss *Claims against Defendant Wiley* MOTION for Extension of Time to Raise Additional Rule 12 Defenses MOTION for More Definite Statement to District Judge Richard W. Story. (sjk) (Entered: 07/30/2008) |
| 08/06/2008 | 49 | NOTICE of Hearing on Motion re: 2 MOTION for Preliminary Injunction Motion Hearing set for 8/19/2008 03:30 PM in Courtroom 2105 before Judge Richard W. Story. (rag) (Entered: 08/06/2008) |
| 08/07/2008 | | Notification of Docket Correction re 50 Certificate of Service. This document has been turned off from public viewing, as counsel has e-filed discovery in violation of Rule 5.4. (sjk) (Entered: 08/07/2008) |
| 08/11/2008 | 51 | CERTIFICATE OF SERVICE filed by Officer Wooten, Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin *Def's 1st Requests to Pla for Production of Documents, served on 8/6/2008* (Powell, Robert) (Entered: 08/11/2008) |
| 08/13/2008 | 52 | NOTICE of Change of Hearing on Motion re: 2 MOTION for Preliminary Injunction Motion Hearing set for 8/25/2008 09:30 AM in Courtroom 2105 before Judge Richard W. Story. (rag) (Entered: 08/13/2008) |
| 08/19/2008 | 53 | TRIAL BRIEF *Plaintiff's Preliminary Injunction Hearing Brief* by John Doe. (Attachments: # 1 Attachment 1 to Plaintiff's Hearing Brief, # 2 Attachment 2 to Plaintiff's Hearing Brief, # 3 Attachment 3 to Plaintiff's |

| | | |
|---|---|---|
| | | Hearing Brief, # 4 Attachment 4 to Plaintiff's Hearing Brief, # 5 Attachment 5 to Plaintiff's Hearing Brief, # 6 Attachment 6 to Plaintiff's Hearing Brief)(Lerner, Jeffrey) (Entered: 08/19/2008) *END Vol. 2* |
| 08/21/2008 *Beg Vol. 3* | 54 | MOTION to Dismiss *Individual Capacity Claims* (), MOTION for Summary Judgment *on Individual Capacity Claims* () with Brief In Support by Rick Stover. (Attachments: # 1 Statement of Material Facts, # 2 Brief, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6)(Powell, Robert) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 08/21/2008) |
| 08/22/2008 | 55 | MOTION for Leave to File Excess Pages with Brief In Support by Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Powell, Robert) (Entered: 08/22/2008) *END Vol. 3* |
| 08/22/2008 *Beg Vol. 4* | 56 | MOTION to Dismiss *claims against official capacity defendants* (), MOTION for Summary Judgment *on claims against official capacity defendants* () with Brief In Support by Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Attachments: # 1 Brief, # 2 Statement of Material Facts, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Appendix # 1)(Powell, Robert) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 08/22/2008) |
| 08/25/2008 | 59 | Minute Entry for proceedings held before Judge Richard W. Story: Motion Hearing held on 8/25/2008 re 2 MOTION for Preliminary Injunction filed by John Doe. 2 Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT. (Court Reporter Sharon Upchurch.)(sjk) (Entered: 08/28/2008) |
| 08/26/2008 | 57 | ORDER GRANTING 55 Motion for Leave to File Excess Pages. Signed by Judge Richard W. Story on 8/25/2008. (sjk) (Entered: 08/28/2008) |
| 08/28/2008 | 58 | CERTIFICATE OF SERVICE *of Responses to Plaintiff John Doe's First Set of Requests for Production* by Officer Wooten, Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin.(Powell, Robert) (Entered: 08/28/2008) |
| 09/02/2008 | 60 | NOTICE by John Doe *Letter Brief Relating to Preliminary Injunction Hearing on August 25, 2008* (Balser, David) (Entered: 09/02/2008) *END Vol 4* |
| 09/08/2008 *Vol. 8* | 61 | TRANSCRIPT of Proceedings held on August 25, 2008, before Judge Richard W. Story. Court Reporter/Transcriber Sharon D. Upchurch, Telephone number (404) 215-1354. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. Redaction Request due 9/29/2008. Redacted Transcript Deadline set for 10/9/2008. Release of Transcript Restriction set for 12/8/2008. (Attachments: # 1 Notice of Filing Transcript) (fem) (Additional attachment(s) added on 9/12/2008: # 2 Verification of Financial Arrangements) (fem). (Entered: 09/08/2008) |
| 09/08/2008 | 62 | CERTIFICATE OF SERVICE *to Defendants' First Set of Requests for Production of Documents* by John Doe.(Lerner, Jeffrey) (Entered: 09/08/2008) |
| 09/11/2008 | 63 | CERTIFICATE OF SERVICE *for Plaintiff's Second Set of Requests for Production of Documents* by John Doe.(Lerner, Jeffrey) (Entered: 09/11/2008) |
| 09/11/2008 | 64 | CERTIFICATE OF SERVICE *for Plaintiff's First Set of Interrogatories* by John Doe.(Lerner, Jeffrey) (Entered: 09/11/2008) |
| 09/11/2008 | 65 | RESPONSE re 60 Notice (Other) *(Opposing issues raised in (56) Defendant's Motion to Dismiss, Or Alternatively, for Summary Judgment )* filed by Officer Wooten, Warden R. Wiley, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Powell, Robert) (Entered: 09/11/2008) |
| 09/15/2008 | 66 | RESPONSE in Opposition re 56 MOTION to Dismiss *claims against official capacity defendants* MOTION for Summary Judgment *on claims against official capacity defendants* filed by John Doe. (Attachments: # 1 Response to Statement of Undisputed Facts)(Lerner, Jeffrey) (Entered: 09/15/2008) |
| 09/15/2008 | 67 | RESPONSE in Opposition re 54 MOTION to Dismiss *Individual Capacity Claims* MOTION for Summary Judgment *on Individual Capacity Claims* filed by John Doe. (Attachments: # 1 Response to Statement of Undisputed Facts)(Lerner, Jeffrey) (Entered: 09/15/2008) |
| 09/15/2008 | 68 | MOTION for Leave to File Excess Pages *for its Opposition to Official Capacity Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment* with Brief In Support by John Doe. (Lerner, Jeffrey) (Entered: 09/15/2008) |
| 09/15/2008 | 69 | MOTION for Extension of Time under Rule 56(f) to Respond to Defendants' Motions for Summary Judgment re: 67 Response in Opposition to Motion, 66 Response in Opposition to Motion, with Brief In Support by John Doe. (Attachments: # 1 Memorandum of Law, # 2 Rule 56(f) Declaration of Jeffrey Lerner, # 3 Exhibits to Rule 56(f) Declaration)(Lerner, Jeffrey) (Entered: 09/15/2008) |
| 09/16/2008 | 70 | ORDER GRANTING 68 Motion for Leave to File Excess Pages. Signed by Judge Richard W. Story on 9/16/2008. (sjk) (Entered: 09/17/2008) |
| 09/22/2008 | 71 | ORDER re 69 MOTION for Extension of Time under Rule 56(f) to Respond to Defendants' Motions for Summary Judgment re: 67 |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, <u>66</u> Response in Opposition to Motion, MOTION for Extension of Time under Rule 56(f) to Respond to Defendants' Motions for Summary Judgment re: <u>67</u> Response in Opposition to Motion, <u>66</u> Response in Opposition to Motion, filed by John Doe. Signed by Judge Richard W. Story on 9/22/2008. (sjk) (Entered: 09/22/2008) |
| 09/29/2008 | <u>72</u> | VACATED PER <u>107</u> ORDER ORDER GRANTING <u>36</u> Motion to Dismiss and terminating Warden R. Wiley; DENYING as moot <u>36</u> Motion for Extension of Time; and DENYING as moot <u>36</u> Motion for More Definite Statement. Signed by Judge Richard W. Story on 9/29/2008. (sjk) Modified on 8/20/2009 (gar). (Entered: 09/29/2008) |
| 09/29/2008 | | ORDER DENYING <u>2</u> Motion for Preliminary Injunction (see <u>72</u> Order). Signed by Judge Richard W. Story on 9/29/2008. (sjk) (Entered: 10/01/2008) |
| 10/02/2008 | <u>73</u> | RESPONSE in Opposition re <u>69</u> MOTION for Extension of Time under Rule 56(f) to Respond to Defendants' Motions for Summary Judgment re: <u>67</u> Response in Opposition to Motion, <u>66</u> Response in Opposition to Motion, filed by Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Powell, Robert) Modified on 10/3/2008 (sjk). (Entered: 10/02/2008) |
| 10/06/2008 | <u>74</u> | Notice for Leave of Absence for the following date(s): October 10, 2008, November 4, 2008, November 10, 2008, November 24-28, 2008, December 22, 2008 - January 2, 2009, by Robert David Powell. (Powell, Robert) (Entered: 10/06/2008) |
| 10/14/2008 | <u>75</u> | CERTIFICATE OF SERVICE of *Individual Capacity Defendant Wooten's Responses to Plaintiff John Doe's Second Set of Requests for Production* by Officer Wooten.(Powell, Robert) (Entered: 10/14/2008) |
| 10/14/2008 | <u>76</u> | CERTIFICATE OF SERVICE of *Individual Capacity Defendant Stover's Responses to Plaintiff John Doe's Second Set of Requests for Production* by Rick Stover.(Powell, Robert) (Entered: 10/14/2008) |
| 10/14/2008 | <u>77</u> | CERTIFICATE OF SERVICE of *Official Capacity Defendants Responses to Plaintiff John Doe's Second Set of Requests for Production* by Rick Stover, Federal Bureau of Prisons Director Harley Lappin.(Powell, Robert) (Entered: 10/14/2008) |
| 10/14/2008 | <u>78</u> | CERTIFICATE OF SERVICE of *Individual capacity Defendants' Responses to Plaintiff John Doe's First set of Interrogatories* by Officer Wooten, Rick Stover.(Powell, Robert) (Entered: 10/14/2008) |
| 10/14/2008 | <u>79</u> | CERTIFICATE OF SERVICE of *Official Capacity Defendants' Resonses to Plaintiff John Doe's First Set of Interrogatories* by Rick Stover, Federal Bureau of Prisons Director Harley Lappin.(Powell, Robert) (Entered: 10/14/2008) |

| 10/15/2008 | 80 | CERTIFICATE OF SERVICE re 77 Certificate of Service *(Amending Certificate)* by Rick Stover, Federal Bureau of Prisons Director Harley Lappin. Related document: 77 Certificate of Service filed by Rick Stover, Federal Bureau of Prisons Director Harley Lappin.(Powell, Robert) (Entered: 10/15/2008) |
| --- | --- | --- |
| 10/15/2008 | 81 | CERTIFICATE OF SERVICE re 79 Certificate of Service *(Amending Certificate of Service of Official Capacity Defendants' Responses to Plaintiff John Doe's First Set of Interrogatories)* by Rick Stover, Federal Bureau of Prisons Director Harley Lappin. Related document: 79 Certificate of Service filed by Rick Stover, Federal Bureau of Prisons Director Harley Lappin.(Powell, Robert) (Entered: 10/15/2008) |
| 10/15/2008 | 82 | CERTIFICATE OF SERVICE re 78 Certificate of Service *(Amending Certificate of Service of Individual Capacity Defendants' Responses to Plaintiff John Doe's First Set of Interrogatories)* by Officer Wooten, Rick Stover. Related document: 78 Certificate of Service filed by Rick Stover, Officer Wooten.(Powell, Robert) (Entered: 10/15/2008) |
| 10/15/2008 | | Submission of 69 MOTION for Extension of Time under Rule 56(f) to Respond to Defendants' Motions for Summary Judgment re: 67 Response in Opposition to Motion, 66 Response in Opposition to Motion to District Judge Richard W. Story. (sjk) (Entered: 10/15/2008) |
| 10/21/2008 | 83 | REPLY BRIEF re 69 MOTION for Extension of Time under Rule 56(f) to Respond to Defendants' Motions for Summary Judgment re: 67 Response in Opposition to Motion, 66 Response in Opposition to Motion, filed by John Doe. (Balser, David) Modified on 10/21/2008 to correct text to accurately depict e-filed document (sjk).(Entered: 10/21/2008) |
| 11/05/2008 | 84 | Consent MOTION for Protective Order with Brief In Support by Officer Wooten, Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Attachments: # 1 Text of Proposed Order)(Powell, Robert) (Entered: 11/05/2008) |
| 11/06/2008 | 85 | ORDER GRANTING 84 Motion for Protective Order. Signed by Judge Richard W. Story on 11/6/2008. (sjk) (Entered: 11/06/2008) |
| 12/19/2008 | 86 | CERTIFICATE OF SERVICE *of Official Capacity Defendants' Responses to Plaintiff John Doe's First Set of Interrogatories* by Officer Wooten, Federal Bureau of Prisons Director Harley Lappin.(Powell, Robert) (Entered: 12/19/2008) |
| 01/16/2009 | 87 | ORDER granting Plaintiff's 69 Rule 56(f) Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment. Defendants' 54 , 56 Motions to Dismiss or, Alternatively, for Summary Judgment are DENIED in part with the right to refile. The Defendants' 54 Motion to Dismiss or, Alternatively, for Summary Judgment filed by Individual Capacity Defendant Stover is DENIED in part as to the issue Defendant Stover's subjective knowledge (Section III.B). Defendants' 56 Motion to |

*END Vol 5*

*Beg Vol 6*

| | | Dismiss or, Alternatively, for Summary Judgment is DENIED in part as to the issue of Official Capacity Defendants' alleged deliberate indifference (Section III.F). The Court RESERVES RULING on the issue of Defendant Stover's motion to dismiss for lack of personal jurisdiction until the completion of the schedule set by the Court above. (Dkt. No. 54 at 7-14.) Defendants shall have ten (10) days from this Order's issue date in which to file a Reply as to the issues identified above from the 54 , 56 Motions to Dismiss or, Alternatively, for Summary Judgment. Signed by Judge Richard W. Story on 1/16/09. (dfb) (Entered: 01/16/2009) |
|---|---|---|
| 02/02/2009 | 88 | REPLY BRIEF re 54 MOTION to Dismiss *Individual Capacity Claims* MOTION for Summary Judgment *on Individual Capacity Claims* filed by Rick Stover. (Powell, Robert) (Entered: 02/02/2009) |
| 02/02/2009 | 89 | REPLY BRIEF re 56 MOTION to Dismiss *claims against official capacity defendants* MOTION for Summary Judgment *on claims against official capacity defendants* filed by Rick Stover, Federal Bureau of Prisons Director Harley Lappin. (Powell, Robert) (Entered: 02/02/2009) |
| 02/03/2009 | | Submission of 54 MOTION to Dismiss *Individual Capacity Claims* MOTION for Summary Judgment *on Individual Capacity Claims*, 56 MOTION to Dismiss *claims against official capacity defendants* MOTION for Summary Judgment *on claims against official capacity defendants*, submitted to District Judge Richard W. Story. (ekb) (Entered: 02/03/2009) |
| 02/12/2009 | 90 | MOTION to Compel Jurisdictional Discovery, Including a Deposition of Defendant Wooten with Brief In Support by John Doe. (Attachments: # 1 Memorandum of Law in Support of Emergency Motion To Compel Jurisdictional Discovery, # 2 Exhibits in Support of Emergency Motion To Compel, # 3 Affidavit Affidavit of Mari Bonthuis)(Lerner, Jeffrey) (Entered: 02/12/2009) |
| 02/17/2009 | 91 | MOTION for Protective Order Regarding Deposition of Mr. Stover with Brief In Support by Rick Stover. (Powell, Robert) Modified on 2/17/2009 to correct event type (ekb). (Entered: 02/17/2009) |
| 02/17/2009 | 92 | RESPONSE in Opposition re 90 MOTION to Compel Jurisdictional Discovery, Including a Deposition of Defendant Wooten filed by Rick Stover. (Powell, Robert) (Entered: 02/17/2009) |
| 02/17/2009 | 93 | CERTIFICATE OF SERVICE by Rick Stover.(Powell, Robert) Modified on 2/17/2009 to remove all capitalization used in text (ekb). (Entered: 02/17/2009) |
| 02/18/2009 | 94 | ORDER granting 90 Motion to Compel Jurisdictional Discovery, Including a Deposition of Defendant Wooten; granting 91 Motion for Protective Order Regarding Deposition of Mr. Stover. The parties are ordered to comply with the discovery set by the Court in the Order. Signed by Judge Richard W. Story on 2/18/09. (ekb) (Entered: |

| | | 02/18/2009) |
|---|---|---|
| 03/09/2009 | 95 | CERTIFICATE OF SERVICE filed by Officer Wooten, Rick Stover, Federal Bureau of Prisons Director Harley Lappin (Powell, Robert) (Entered: 03/09/2009) *END Vol 6* |
| 03/11/2009 *Beg Vol 7* | 96 | Supplemental RESPONSE in Opposition re 54 MOTION to Dismiss *Individual Capacity Claims* MOTION for Summary Judgment *on Individual Capacity Claims* filed by John Doe. (Attachments: # 1 Exhibits in Support of Plaintiff's Supplemental Opposition, # 2 Certificate of Service)(Lerner, Jeffrey) Modified on 3/12/2009 to correct docket text (ekb).(Entered: 03/11/2009) |
| 03/27/2009 | 97 | REPLY to Response to Motion re 54 MOTION to Dismiss *Individual Capacity Claims* MOTION for Summary Judgment *on Individual Capacity Claims* filed by Rick Stover. (Powell, Robert) (Entered: 03/27/2009) |
| 03/30/2009 | 98 | ORDER granting Defendant Stover's 54 Motion for Summary Judgment as to Individual Capacity; granting Defendants' 56 Motion for Summary Judgment as to Official Capacity Defendants. The Court directs the Clerk to enter judgment in favor of Defendants Rick Stover and Harley Lappin and against Plaintiff in this action. Signed by Judge Richard W. Story on 3/30/09. (ekb) (Entered: 03/31/2009) |
| 03/30/2009 | 99 | CLERK'S JUDGMENT entered in favor of Defendants Rick Stover and Harley Lappin against Plaintiff. (ekb)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- Modified on 3/31/2009 (ekb). Modified on 3/31/2009 (ekb). (Entered: 03/31/2009) |
| 03/30/2009 | | EVENT FILED IN ERROR Civil Case Terminated. (ekb) Modified on 3/31/2009 (ekb). (Entered: 03/31/2009) |
| 03/31/2009 | | Notification of Docket Correction re Terminated Case. Case terminated in error. (ekb) (Entered: 03/31/2009) |
| 06/02/2009 | 100 | Stipulated MOTION to Dismiss by John Doe. (Balser, David) Modified on 6/3/2009 to correct docket text (ekb). (Entered: 06/02/2009) |
| 06/23/2009 | | Submission of 100 Stipulated MOTION to Dismiss, submitted to District Judge Richard W. Story. (ekb) (Entered: 06/23/2009) |
| 06/25/2009 | 101 | VACATED PER 107 ORDER ORDER granting the parties' 100 Stipulated Motion to Dismiss. All claims against Defendant Wooten are DISMISSED. As there are no additional pending claims, the Clerk is directed to close th case. Signed by Judge Richard W. Story on 6/22/09. (ekb) Modified on 8/20/2009 (gar). (Entered: 06/26/2009) |
| 06/25/2009 | | Civil Case Terminated. (ekb) (Entered: 06/26/2009) |
| 07/15/2009 | 102 | NOTICE OF APPEAL as to 99 Clerk's Judgment, 98 order. Filing fee $ 455, receipt number GAN100014365. Transcript Order Form due on |

| | | |
|---|---|---|
| | | 7/29/2009 (fem) Modified on 7/17/2009 (fem). (Entered: 07/17/2009) |
| 07/17/2009 | 103 | Transmission of Certified Copy of Notice of Appeal, Judgment, Order and Docket Sheet to US Court of Appeals re 102 Notice of Appeal (fem) (Entered: 07/17/2009) |
| 07/17/2009 | 104 | NOTICE OF REQUIREMENT TO FILE ELECTRONICALLY pursuant to Standing Order 04-01 as to David Lewis Balser re 102 Notice of Appeal. (fem) (Entered: 07/17/2009) |
| 07/28/2009 | 105 | USCA Acknowledgment of 102 Notice of Appeal filed by John Doe. Case Appealed to USCA Case Number 09-13707-G. (fem) (Entered: 07/29/2009) |
| 08/18/2009 | 106 | NOTICE by Officer Wooten *of filing Response to Plaintiff's Letter Motion to Amend Final Order and Enter Judgment* (Attachments: # 1 attachment)(Powell, Robert) (Entered: 08/18/2009) |
| 08/20/2009 | 107 | ORDER vacating the Court's June 25 101 Order granting the parties' Stipulated Motion to Dismiss. The Court's September 29, 2008, 72 Order is also VACATED, with regard to the Motion to Dismiss. It is further ORDERED that the 100 Stipulated Motion to Dismiss is hereby GRANTED, and all claims against Defendant Wooten are DISMISSED, WITH PREJUDICE. Also, Defendant Wiley's 36 Motion to Dismiss is GRANTED, and all claims against Defendant Wiley are DISMISSED, WITH PREJUDICE. The Clerk shall enter judgment in favor of Defendants Wooten and Wiley. The Clerk shall also forward a copy of this Order to the Court of Appeals to supplement the record of this case in the pending appeal. Signed by Judge Richard W. Story on 8/20/2009. (gar) (Entered: 08/20/2009) |
| 08/20/2009 | 108 | CLERK'S JUDGMENT entered dismissing all claims with prejudice against Defendants Wooten and Wiley. (gar)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 08/20/2009) |
| 08/24/2009 | 109 | Document 107 forwarded to USCA re 102 Notice of Appeal filed by John Doe. Case Appealed to USCA Case Number 09-13707-G. (fem) (Entered: 08/24/2009) |

END Vol 7