# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

DOCKETING SECTION
404-215-1655

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 31 2009
JAMES N. HATTEN, Clerk
By: Deputy Clerk

August 26, 2009

United States Court of Appeals
11th Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 2 7 2009
ATLANTA, GA.

**USDC Civil Action No. 1:07-cv-2764-RWS**

**USCA No.**   09-13707-G

Re: *John Doe v. Wooten, et al*

---

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Northern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for the purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

| | |
|---|---|
| 7 | Volume(s) of pleadings |
|   | Volume(s) of depositions |
| 1 | Volume(s) of transcripts |
|   | Volume(s) of exhibits |
|   | Other: |

Sincerely,

James N. Hatten
Clerk of Court

By: /s/ Elaine N. McFarland
Deputy Clerk

Enclosures