# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

[Stamp: COURT OF APPEALS RECEIVED CLERK AUG 2 7 2009 ATLANTA, GA]

[Stamp: RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta AUG 3 1 2009 JAMES N. HATTEN, Clerk By: (signature) Deputy Clerk]

August 24, 2009

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

U.S.D.C. No.: 1:07-cv-2764-RWS
U.S.C.A. No.: 09-13707-G
In re:   *John Doe v. Officer Wooten*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_____  Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

_____  This is not the first notice of appeal. Other notices were filed on: .

_____  There is no transcript.

_____  The court reporter is .

_____  There is sealed material as described below: .

__X__  Other: Doc. # 107.

_____  Fee paid on .

_____  Appellant has been  leave to file *in forma pauperis*.

_____  This is a bankruptcy appeal. The Bankruptcy Judge is .

_____  The Magistrate Judge is .

_____  The District Judge is .

_____  This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
Clerk of Court

By:   /s/ Elaine N. McFarland
        Deputy Clerk

Enclosures