

**ROA/COR request**
**09-13707-GG (DC: 1:07-02764 CV RWS 1)**
Mary Marshall to: Elaine McFarland
Cc: Denza Bankhead, Tonya Richardson

12/16/2009 03:50 PM

CA11: 09-13707-GG John Doe v. Officer Wooten
NGA: 1:07-02764 CV RWS 1

----------------------------------------