# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

December 29, 2009

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

     **U.S.D.C. No.: 1:07-cv-2764-RWS**
     **U.S.C.A. No.: 09-13707-G**
     **In re:**    *John Doe v. Officer Wooten, et al*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

____ Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

____ This is not the first notice of appeal. Other notices were filed on: .

____ There is no transcript.

____ The court reporter is .

____ There is sealed material as described below: .

**X**  Other: ROA -7 Vol. Pleadings; 1 transcript .

____ Fee paid on .

____ Appellant has been  leave to file *in forma pauperis.*

____ This is a bankruptcy appeal. The Bankruptcy Judge is .

____ The Magistrate Judge is .

____ The District Judge is .

____ This is a **DEATH PENALTY** appeal.

                       Sincerely,

                       James N. Hatten
                       Clerk of Court

                 By:  /s/ Elaine N. McFarland
                      Deputy Clerk

Enclosures