*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK DEC 30 2009 ATLANTA, GA]*

*[Stamp: RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

*[Stamp: JAN - 4 2010 JAMES N. HATTEN, Clerk By: Deputy Clerk]*

December 29, 2009

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

    **U.S.D.C. No.: 1:07-cv-2764-RWS**
    **U.S.C.A. No.: 09-13707-G**
    **In re:**      *John Doe v. Officer Wooten, et al*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

|     |     |
| --- | --- |
| ___ | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| X | Other: ROA -7 Vol. Pleadings; 1 transcript . |
| ___ | Fee paid on . |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| ___ | The District Judge is . |
| ___ | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                                James N. Hatten
                                                Clerk of Court

                                          By:    /s/ Elaine N. McFarland
                                                      Deputy Clerk

Enclosures