FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 0 1 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN DOE,

    Plaintiff,

vs.

OFFICER WOOTEN, et al,

    Defendant.

CIVIL ACTION FILE

NO. 1:07-cv-2764-RWS

## ORDER

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this ___1st___ day of ___June___, 2010.

_____
UNITED STATES DISTRICT JUDGE