# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JOHN DOE,

        Plaintiff,

vs.

OFFICER WOOTEN, et al,

        Defendant.

CIVIL ACTION FILE

NO. 1:07-cv-2764-RWS

## NOTICE TO ALL COUNSEL OF RECORD

You are hereby notified that the remittitur from the United States Court of Appeals for the Eleventh Circuit, affirming in part; vacating and remanding in part the judgment of this District Court in the above stated action, has been made the judgment of this court.

Pursuant to Local Rules 58.3 and 46.2(B), you are required to prepare and present promptly to the Court any orders as may be required in the premises.

Dated at Atlanta, Georgia this 2nd of June, 2010.

        JAMES N. HATTEN
        DISTRICT COURT EXECUTIVE
         and CLERK OF COURT

By:  s/ Gretchen Rosa
      Deputy Clerk