

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

*Suite 600 Richard Russell Building*　　　*Telephone (404)581-6000*
*75 Spring Street, S.W.*　　　　　　　　　*Fax (404)581-6150*
*Atlanta, Georgia  30303*

August 5, 2010

Mr. Richard Goss
Courtroom Deputy to
The Honorable Richard W. Story
United States District Judge
For the Northern District of Georgia
2121 Richard Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

　　　　Re:　Request for Leave of Absence in
　　　　　　　*John Doe v. Officer Wooten, et al.*
　　　　　　　Civil Action No. 1:07-CV-2764- RWS (N.D. Ga.)

Dear Mr. Goss:

　　　　I have appeared in the above-referenced civil action as lead counsel for the two remaining official capacity defendants.

　　　　Pursuant to Local Rule 83.1E(3), I am submitting this letter request for a leave of absence to you requesting that this case not be calendared for any purpose, including trial, hearings, conferences, or other matters requiring personal appearance of counsel for defendants Rick Stover in his official capacity and Harley Lappin in his official capacity, for the time period(s) of

　　　　(1)　September 20, 2010, through and including September 24, 2010,
　　　　(2)　November 2, 2010,
　　　　(3)　November 23, 2010, through and including November 24, 2010,
　　　　(4)　November 26, 2010,
　　　　(5)　December 20, 2010, through and including December 23, 2010,
　　　　(6)　December 27, 2010, through and including December 30, 2010,
　　　　(7)　January 3, 2011.

Leave of absence is requested for each of the above time periods, as I will be away

Mr. Richard Goss, Courtroom Deputy　　　　　　　　　　　　　　　　August 5, 2010
Re:　　Request for Leave of Absence　　　　　　　　　　　　　　　　　　　　Page 2
　　　　*John Doe v. Officer Wooten, et al.*

from my practice for the indicated time.  Since each period of requested leave of absence, and all periods combined, are less than 21 days, Local Rule 83.1E(3) indicates that no formal motion or order is required.  A copy of this request will be delivered to opposing counsel by the court's ECF system.

　　　Best regards.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　SALLY QUILLIAN YATES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　　s/ *R. David Powell*
　　　　　　　　　　　　　　　　　　　　　　　R. DAVID POWELL
　　　　　　　　　　　　　　　　　　　　　　　ASSISTANT U. S. ATTORNEY