IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER WOOTEN, in his individual capacity, WARDEN R. WILEY, in his individual and official capacities, RICK STOVER, in his individual and official capacities, and BUREAU OF PRISONS DIRECTOR HARLEY LAPPIN, in his official capacity.<br><br>    Defendants. | Civil Action No.<br>1:07-CV-2764-RWS |

## JOINT MOTION OF PLAINTIFF AND DEFENDANTS
## TO EXTEND DEADLINE FOR PRETRIAL ORDER

Counsel for Plaintiff John Doe and counsel for Defendants Stover and Lappin jointly move for an extension of the deadline for filing a proposed consolidated pretrial order.

The Court's Order of July 16, 2010 directed the parties to submit a proposed consolidated pretrial order to the Court within 30 days of the entry of that

Order.  Counsel for Plaintiff and counsel for the Defendants have been in contact regarding a proposed consolidated pretrial order, but due to conflicts and deadlines in other matters have been unable to come to an agreement regarding the content of the order.  Accordingly Plaintiff and Defendants jointly request that the Court extend the deadline for submission of a proposed consolidated pretrial order.  Under the Court's July 16 order, the proposed consolidated pretrial order is due on August 16, 2010 (disregarding additional time provided by Fed. R. Civ. P. 6(d)).  The parties respectfully request a fourteen-day extension of that deadline, to August 30, 2010.

Dated: August 12, 2010

Respectfully submitted,

| /s Jeffrey H. Lerner_____ | Sally Quillan Yates |
|---|---|
| Jeffrey H. Lerner | UNITED STATES ATTORNEY |
|     Admitted *pro hac vice* | |
| Thomas L. Cubbage III | /s R. David Powell_____ |
|     Admitted *pro hac vice* | R. David Powell |
| COVINGTON & BURLING LLP | ASSISTANT UNITED STATES |
| 1201 Pennsylvania Ave., NW | ATTORNEY |
| Washington, DC 20004 |     Ga. Bar No. 586450 |
| (202) 662-6000 | 600 Richard Russell Building |
| | 75 Spring Street, S.W. |
| Mari K. Bonthuis | Atlanta, GA 30303 |
|     Admitted *pro hac vice* | Voice: (404) 581-6000 |
| COVINGTON & BURLING LLP | Facsimile: (404) 581-6150 |
| 620 Eighth Avenue | |
| New York NY 10018 | Counsel for Defendants |

| | |
|---|---|
| (212) 841-1000<br><br>Philip Fornaci<br>        Admitted *pro hac vice*<br>D.C. Prisoners' Project<br>Washington Lawyers' Committee for<br>    Civil Rights & Urban Affairs<br>11 Dupont Circle, Suite 400<br>Washington, DC 20036<br>(202) 319-1000<br><br>David L. Balser<br>MCKENNA LONG & ALDRIDGE LLP<br>303 Peachtree St., NE<br>Suite 5300<br>Atlanta, GA 30308<br>(404) 527-4000 | |
| Counsel for Plaintiff | |

Pursuant to Local Rule 7.1D, I hereby certify that the above document has been prepared in Times New Roman font and point 14 as required by Local Rule 5.1.

                                                 /s/ Jeffrey Lerner
                                                 Jeffrey H. Lerner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>OFFICER WOOTEN, in his individual capacity, WARDEN R. WILEY, in his individual and official capacities, RICK STOVER, in his individual and official capacities, and FEDERAL BUREAU OF PRISON DIRECTOR HARLEY LAPPIN, in his official capacity.<br><br>      Defendants. | Civil Action No.<br>1:07-CV-2764-RWS |

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this 12th day of August, 2009 filed electronically the foregoing Motion to Extend Deadline for Pretrial Order upon the counsel listed below via the Court's electronic filing system:

     R. David Powell
     Assistant United States Attorney
     600 Richard Russell Building
     75 Spring Street, S.W.
     Atlanta, GA 30303

                                                    /s/ Jeffrey H. Lerner