**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA  DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:07-CV-2764-RWS |
| OFFICER WOOTEN, in his | : | |
| individual capacity, WARDEN R. | : | |
| WILEY, in his individual and | : | |
| official capacities , RICK | : | |
| STOVER, in his individual and | : | |
| official capacities, and BUREAU | : | |
| OF PRISONS DIRECTOR | : | |
| HARLEY LAPPIN, in his official | : | |
| capacity, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court for consideration of the Joint Motion of Plaintiff and Defendants to Extend Deadline for Pretrial Order [125] After review of said Motion and for good cause shown, the Court hereby **GRANTS** an extension of the deadline for submission of the proposed consolidated pretrial order through and including August 30, 2010.

**SO ORDERED**, this  16th   day of August, 2010.


_____
**RICHARD W. STORY**
United States District Judge