# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:07-CV-2764-RWS |
| OFFICER WOOTEN, in his individual capacity, WARDEN R. WILEY, in his individual and official capacities, RICK STOVER, in his individual and official capacities, and BUREAU OF PRISONS DIRECTOR HARLEY LAPPIN, in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This case is before the Court for consideration of Plaintiff's Motion to Allow and Set Deadlines for Merits Discovery [127]. After reviewing the Motion and Defendants' Response [128] thereto, the Court concludes that additional discovery is not warranted in the case. Therefore, within twenty-one (21) days of the entry of this Order, the parties are **DIRECTED** to submit a proposed consolidated pretrial order to the Court.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  5th   day of October , 2010.

_____
**RICHARD W. STORY**
United States District Judge