IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN DOE,

        Plaintiff,

        v.

RICK STOVER, in his official capacity,
and FEDERAL BUREAU OF PRISONS
DIRECTOR HARLEY LAPPIN, in his
official capacity,

        Defendants.

CIVIL ACTION NO. 1:07-CV-2764-RWS

## ATTACHMENT E TO PRETRIAL ORDER
## STIPULATED FACTS

Plaintiff provided Defendants a list of proposed stipulated facts on October 22, 2010.  Defendants, while reviewing Plaintiff's requests for supplemental document production and subsequent motion to compel, internally evaluating Plaintiff's settlement proposal and any potential response thereto, continue to consider potential stipulations, including those proposed by Plaintiff. At this time, there has been no stipulation to any facts.