IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, | : :  : |
| Plaintiff, | : CIVIL ACTION NO. 1:07-CV-2764-RWS : : |
| v. | : : |
| RICK STOVER, in his official capacity, and FEDERAL BUREAU OF PRISONS DIRECTOR HARLEY LAPPIN, in his official capacity, | : : : : |
| Defendants. | |

## ATTACHMENT F-1 TO PRE-TRIAL ORDER
## PLAINTIFF'S WITNESS LIST

Plaintiff intends to call the following individuals as witnesses:

<u>Fact Witnesses</u>

John Doe (available only by videoconference)
USP Coleman
846 NE 54th Terrace
Coleman, FL 33521

Deborah Golden
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400 Washington, DC 20036

Harley Lappin
Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534

Expert Witnesses

Harvey S. Cox, M.S.
P.O. Box 1551
Weatherford, Texas 76086

Mr. Cox will offer expert testimony about inmate classification by the BOP; risks of harm to Plaintiff because he is considered to be a snitch; the dangers to which BOP officials have exposed Plaintiff by repeatedly placing him in high-security BOP facilities; and Plaintiff's suitability for placement in a medium-security BOP facility, a state prison, or the U.S. Department of Justice Witness Security Program.

Plaintiff may call the following individuals as witnesses:

Philip Fornaci
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400 Washington, DC 20036

Warden J. L. Norwood*
Northeast Regional Office
Federal Bureau of Prisons
2nd & Chesnut St., 7th Flr
Philadelphia, PA 19106

Warden Tracy W. Johns*
FCI Butner
Federal Correctional Institution
Old NC Hwy 75
Butner, NC 27509

Warden H. A. Rios*
USP Florence
U.S. Penitentiary

    P.O. Box 019001
    1 Federal Way, Atwater, CA 95301

\*   These witnesses do not fall within the subpoena power of the Court, and Plaintiff was unable to take their depositions without merits discovery.

3