*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

---

**Attachment "F-2"**

**Defendant's Witness List**

<u>Official Capacity Defendants will have present at trial</u>:

The following is a preliminary list, only, of witnesses defendants will have present at trial. Defendants request that they have the right to add or delete witnesses provided that reasonable time is afforded to plaintiff.


<u>Defendants may have present at trial</u>:

The following is a preliminary list, only, of witnesses defendants may have present at trial. Defendants request that they have the right to add or delete witnesses provided that reasonable time is afforded to plaintiff.

The official capacity defendants:

- Rick Stover, in his official capacity as an employee of the Bureau of Prisons in the position of Senior Designator at the Designation & Sentence Computation Center (DSCC), 346 Marine Forces Drive, Grand Prairie, TX 75051

- Harley Lappin, in his official capacity as an employee of the Bureau of Prisons in the position of Director of the Federal Bureau of Prisons, 320 First St., NW, Washington, DC 20534

Other Potential Witnesses:

- Ronald S. Gossard, Special Agent, Office of the Inspector General, 60 Forsyth Street, Atlanta, GA 30303

- Darrol Acre, Captain, Federal Detention Center Miami, 33 NE 4th St., Miami, FL 33132

- Lisa Austin, Section Chief, DSCC, 346 Marine Forces Drive, Grand Prairie, TX 75051

- Edward Wooten, Correctional Officer, Federal Bureau of Prisons, United States Penitentiary, 601 McDonough Boulevard S.E., Atlanta, GA 30315

- Chief Correctional Officer, Federal Bureau of Prisons, United States Penitentiary, 601 McDonough Boulevard S.E., Atlanta, GA 30315

*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

---

Charles Stith, Facilities Manager, Federal Bureau of Prisons, United States Penitentiary, 601 McDonough Boulevard S.E., Atlanta, GA 30315 USP-Atlanta

Willie Fisher, address not currently known

Lutricia aka Patricia Garrett, current address must be provided by plaintiff

James D. Moran, DHO, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, GA 30331

Thomas Ellis, RN, Thomas Ellis, Health Services Administrator, FCI Jesup, 2600 Hwy 301 South, Jesup, GA 31599

D. Philpot, Senior Officer Specialist, United States Penitentiary, 601 McDonough Boulevard S.E., Atlanta, GA 30315

W. Seay, Lieutenant, United States Penitentiary, 601 McDonough Boulevard S.E., Atlanta, GA 30315

C. Poole, Senior Officer Specialist, United States Penitentiary, 601 McDonough Boulevard S.E., Atlanta, GA 30315

Thomas Storey, Intelligence Operations Officer, Federal Correctional Complex, 5880 State Highway 67 South, Florence, CO 81226

Hector Rios, Warden (former Warden at Big Sandy), United States Penitentiary, PO Box 019001, 1 Federal Way, Atwater, CA 95301

Joseph Norwood, Regional Director (former Warden USP Victorville), US Custom House, 2nd & Chestnut Street 7th Floor, Philadelphia, PA 19106

Jerry Boley, Case Manager, Federal Correctional Complex Coleman, 846 N.E. 54th Terrace, PO BOX 1029, Coleman, FL 33521-1029

Rosalie Haas, Case Manager, Federal Correctional Complex Coleman, 846 N.E. 54th Terrace, PO BOX 1029, Coleman, FL 33521-1029

Punam Sachdev, M.D., South Fulton Medical Center, 1170 Cleveland Ave., East Point, GA 30344

*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

---

Nelson Dreese, Intel Officer, United States Penitentiary, 2400 Robert F. Miller Drive, Lewisburg, PA  17837

John Adami, Unit Manager, United States Penitentiary, 2400 Robert F. Miller Drive, Lewisburg, PA  17837

Scott C. Rolstad, Assistant Director, U.S. Marshals Service, 1251 Briar Cliff Parkway, Suite 300, Kansas City, Missouri 64116

Defendants may call the plaintiff, or any other individual named as a may call or will call witness by plaintiff; any rebuttal witness whose use could not reasonably have been anticipated; and any witness listed on subsequent amendments to this attachment.

Defendants reserve the right to call individuals for identification and authentication of documents