IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:07-CV-2764-RWS |
| | : | |
| v. | : | |
| | : | |
| RICK STOVER, in his official capacity, and FEDERAL BUREAU OF PRISONS DIRECTOR HARLEY LAPPIN, in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## ATTACHMENT G-1 TO PRE-TRIAL ORDER
## PLAINTIFF'S DOCUMENTARY EVIDENCE TO BE TENDERED AT TRIAL

| | | |
|---|---|---|
| | 1 | Official Capacity Defendants' Revised Responses to Plaintiff John Doe's First Set of Interrogatories |
| | 2 | Defendant's Responses to Initial Disclosures |
| | 3 | Bureau of Prisons Program Statement P5100.08: Inmate Security Designation and Custody Classification (9/12/2006) |
| | 4 | Bureau of Prisons Program Statement 5160.05: Designation of State Institution for Service of Federal Sentence (1/16/2003) |
| | 5 | Bureau of Prisons Program Statement P1330.16: Administrative Remedy Program (12/31/2007) |
| | 6 | Legal Resource Guide to the Federal Bureau of Prisons (2008) |
| | 7 | DEF000020 |

|   |    |           |
|---|----|-----------|
|   | 8  | DEF000156 |
|   | 9  | DEF000018 |
|   | 10 | DEF000016 |
|   | 11 | DEF000013 |
|   | 12 | DEF000771 |
|   | 13 | DEF000798 |
|   | 14 | Doe00386  |
|   | 15 | DEF000159 |
|   | 16 | DEF000157 |
|   | 17 | DEF000155 |
|   | 18 | Doe00297  |
|   | 19 | DEF000670 |
|   | 20 | DEF000712 |
|   | 21 | DEF000357 |
|   | 22 | DEF000356 |
|   | 23 | DEF000354 |
|   | 24 | DEF000298 |
|   | 25 | DEF000709 |
|   | 26 | DEF000353 |
|   | 27 | DEF000010 |
|   | 28 | DEF000711 |
|   | 29 | DEF000710 |
|   | 30 | DEF000647 |
|   | 31 | DEF000708 |
|   | 32 | DEF000669 |
|   | 33 | DEF000652 |
|   | 34 | DEF000643 |
|   | 35 | DEF000671 |
|   | 36 | DEF000673 |
|   | 37 | DEF000672 |
|   | 38 | DEF000705 |
|   | 39 | DEF000023 |
|   | 40 | DEF000022 |
|   | 41 | DEF000091 |
|   | 42 | DEF000005 |
|   | 43 | DEF000154 |
|   | 44 | DEF000802 |
|   | 45 | DEF000162 |
|   | 46 | DEF000025 |

|  | 47 | DEF1013 |
|--|----|---------|
|  | 48 | Doe00428 |
|  | 49 | Doe00427 |
|  | 50 | Doe00651 |
|  | 51 | Doe00435 |
|  | 52 | Doe00436 |
|  | 53 | Doe00448 |
|  | 54 | Doe00438 |
|  | 55 | DEF000369 |
|  | 56 | Doe00444 |
|  | 57 | Doe00040 |
|  | 58 | Doe00832 |
|  | 59 | Doe00693 |
|  | 60 | Doe00587 |
|  | 61 | Doe00129 |
|  | 62 | Doe00500 |
|  | 63 | DEF000111 |
|  | 64 | DEF000101 |
|  | 65 | Doe00043 |
|  | 66 | Doe00567 |
|  | 67 | Doe00573 |
|  | 68 | Doe00580 |
|  | 69 | Doe00585 |
|  | 70 | DEF000799 |
|  | 71 | DEF001016 |
|  | 72 | Doe00616 |
|  | 73 | Doe00617 |
|  | 74 | DEF 1017 |
|  | 75 | Doe00449 |
|  | 76 | Doe00621 |
|  | 77 | Doe00622 |
|  | 78 | DEF 1018 |
|  | 79 | Doe00624 |
|  | 80 | Doe00384 |
|  | 81 | Doe00385 |
|  | 82 | DEF000100 |
|  | 83 | DEF1019 |
|  | 84 | DEF000289 |
|  | 85 | DEF000288 |

|  | 86  | DEF000287 |
|--|-----|-----------|
|  | 87  | DEF000285 |
|  | 88  | DEF000292 |
|  | 89  | DEF000284 |
|  | 90  | DEF000012 |
|  | 91  | DEF000283 |
|  | 92  | DEF000282 |
|  | 93  | DEF000281 |
|  | 94  | DEF000374 |
|  | 95  | Doe00629 |
|  | 96  | DEF001012 |
|  | 97  | DEF000164 |
|  | 98  | DEF001041 |
|  | 99  | DEF001062 |
|  | 100 | DEF001063 |
|  | 101 | DEF001081 |
|  | 102 | DEF001083 |
|  | 103 | DEF001090 |
|  | 104 | DEF001092 |
|  |     | Plaintiff reserves the right to use as an exhibit any relevant document produced hereafter by Defendants |