*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

### Attachment "G-1" Objections

### Defendants' Objections to Plaintiff's List of Exhibits

Official Capacity Defendants make the following objections to the exhibits listed by plaintiff and corresponding to the numbers set forth below (noting that upon receipt and review of plaintiff's trial exhibits, defendant may have additional objections):

authenticity, privilege, competency, and, to the extent possible, relevancy

1 - 6, 95 None.

7 - 104.  Each of plaintiff's entries for exhibits 7 - 104 reference a single page from two volumes of documents plaintiff assembled and Bates numbered.  To the extent that any of plaintiff's exhibits differ from the one page exhibit citations, defendants object on grounds that such exhibits are inadequately identified.

97 - 104. inadequately identified; once properly identified defendants may have further objection on grounds of inadequate foundation, hearsay, not relevant, prejudice exceeds probative value, composite exhibit

7   inadequate foundation, not relevant

8   inadequate foundation, not relevant

9   inadequate foundation, not relevant

10  inadequate foundation, not relevant

11  inadequate foundation, not relevant

12  inadequate foundation, not relevant

13  inadequate foundation, not relevant

14  inadequate foundation, not relevant

15  inadequate foundation, not relevant

16  inadequate foundation, not relevant

17  inadequate foundation, not relevant

*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

---

18  Hearsay, inadequate foundation, not relevant

19 - 47  inadequate foundation, not relevant

48  Hearsay, inadequate foundation, not relevant

49  Hearsay, inadequate foundation, not relevant

50  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value, incomplete document

51  inadequate foundation, not relevant

52  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

53  inadequate foundation, not relevant

54  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

55  inadequate foundation, not relevant

56  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

57  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

58  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value, incomplete document

59  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value, authenticity

60  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value, incomplete document, authenticity

61  inadequate foundation

62  inadequate foundation, not relevant

63  inadequate foundation, not relevant

*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

---

64  inadequate foundation, not relevant

65  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

66  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

67  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value, incomplete document

68  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value, incomplete document

69  Hearsay, inadequate foundation, not relevant

70  Hearsay, inadequate foundation, not relevant

71  Hearsay, inadequate foundation, not relevant

72  Hearsay, inadequate foundation, not relevant

73  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

74  Hearsay, inadequate foundation, not relevant

75  Hearsay, inadequate foundation, not relevant

76  Hearsay, inadequate foundation, not relevant

77  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value, incomplete document

78  Hearsay, inadequate foundation, not relevant

79  Hearsay, inadequate foundation, not relevant

80  Hearsay, inadequate foundation, not relevant, prejudice exceeds probative value

81  inadequate foundation, not relevant

82 - 94  Hearsay, inadequate foundation, not relevant

96 - 104  Hearsay, inadequate foundation, not relevant