*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

---

**Attachment "G-2"**

**DEFENDANTS' LIST OF DOCUMENTARY OR PHYSICAL EVIDENCE**

Official Capacity Defendants reserve the right to amend this list provided that reasonable time for review and objection is afforded to Plaintiff.

Defendants additionally designate any document listed by plaintiff to which no objection is raised by the defendants, or to which objection is withdrawn or overruled.

| DEFENDANT'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | OIG Case No. 2004001300 investigative file |
| 2 | OIG Case No. 2004001300 report of investigation |
| 3 | Doe affidavit 11/28/2003 |
| 4 | MOI 01/09/2004 |
| 5 | MOI 06/09/2004 |
| 6 | Form III OIG 223/1 12/30/2003 |
| 7 | MOI 01/22/2004 re: invoices |
| 8 | MOI 01/22/2004 re: Doe interview |
| 9 | MOI 03/05/2004 re: Control Delivery |
| 10 | OIA Case No. 2007-00657 investigative file |
| 11 | OIA Case No. 2007-00657 report of investigation |
| 12 | Poole statement 06/2007 |
| 13 | Wooten statement (dated ??/??/2006) |
| 14 | Wooten statement 03/21/2007 |
| 15 | Seay statement 02/14/2007 |
| 16 | Doe statement 11/20/2006 |
| 17 | Philpot statement 11/20/2006 |
| 18 | Poole statement 11/20/2007 |
| 19 | Medical Assessment by T. Ellis 11/20/2006 |
| 20 | SFMC medical record for Doe 11/20/2006 |
| 21 | Inmate Request to Staff 04/04/2004 |
| 22 | Administrative Remedy package 327425 |
| 23 | Administrative Remedy package 347786 |
| 24 | Administrative Remedy package 407914 |
| 25 | Administrative Remedy package 440636 |
| 26 | Administrative Remedy package 437717 |
| 27 | Administrative Remedy package 442509 |
| 28 | Administrative Remedy package 536535 |
| 29 | Administrative Remedy package 538858 |

*John Doe v. Rick Stover, in His Official Capacity, et al.,*
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

| DEFENDANT'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| 30 | Administrative Remedy package 558024 |
| 31 | Administrative Remedy package 584738 |
| 32 | Inmate request to staff 05/04/2008 |
| 33 | Doe letter to Reid 12/04/2000 |
| 34 | Program review 12/17/2003 |
| 35 | Administrative Remedy Generalized Retrieval Report |
| 36 | Request to Staff 08/11/2006 |
| 37 | Response to Request to Staff 08/17/2006 |
| 38 | Escorted Trip - 05/02/2002 |
| 39 | Escorted Trip - Doe 04/18/2005 |
| 40 | Transfer Order - Doe 12/09/2005 |
| 41 | Sentence Monitoring Computation Data for Doe |
| 42 | Inmate History Report DSC6N |
| 43 | Request for Transfer of Doe 05/03/2006 |
| 44 | Transfer Order - Doe 06/05/2006 |
| 45 | CIM case summary 03/06/2006 |
| 46 | CIM case summary 03/30/2006 |
| 47 | Transfer Order - Doe 11/06/2006 |
| 48 | CIM Notice 06/19/2001 |
| 49 | Intake form 11/22/2006 |
| 50 | Request for Transfer of Doe 02/06/2004 |
| 51 | Request for Transfer of Doe 04/16/2004 |
| 52 | Request for Transfer of Doe 09/06/2005 |
| 53 | Request for Transfer of Doe 12/05/2005 |
| 54 | Clearance Data report 05/2002 |
| 55 | Clearance Data report 09/2004 |
| 56 | Clearance Data report 10/2004 |
| 57 | Clearance Data report 05/2005 |
| 58 | Admin Detention Order 06/14/2006 |
| 59 | Admin Detention Order 06/23/2008 |
| 60 | SHU Record - FCI Talladega 2004 |
| 61 | SHU Record - USP Coleman  2004-2005 |
| 62 | SHU Record - FTC Oklahoma  2006 |
| 63 | SHU Record - USP Victorville  2006 |
| 64 | Estrada Memorandum USP Florence |
| 65 | Threat Assessment USP Florence  02/22/2006 |
| 66 | Incident Assessment Coleman  08/19/2005 |
| 67 | Separation orders 06/26/1996 |
| 68 | Incident report Big Sandy 09/05/2007 |
| 69 | Sentry Discipline Report |
| 70 | Request for transfer 06/06/2005 |
| 71 | Request for transfer 05/07/2008 |
| 72 | Request for transfer 05/13/2008 |

*John Doe v. Rick Stover, in His Official Capacity, et al.,*
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

| DEFENDANT'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| 73 | Security designation data 05/22/2008 |
| 74 | BOP Facility Description - USP Atlanta |
| 75 | CIM classification - Doe 03/2003 |
| 76 | Notice Concerning CIM transfer clearance |
| 77 | J&C |
| 78 | FBI criminal justice information report |
| 79 | DC Dept. of Corrections Face sheet |
| 80 | In transit data form 05/2008 |
| 81 | In transit data form 06/2008 |
| 82 | Mail investigation - Big Sandy 08/21/2007 |
| 83 | Institutional adjustment report Coleman |
| 84 | Presentence report |
| 85 | Intake screening form 06/23/2008 |
| 86 | Incident report 07/27/2001 |
| 87 | Incident report 03/06/2002 |
| 88 | Incident report 12/22/2003 |
| 89 | Incident report 08/25/2006 |
| 90 | DHO report re: 08/24/2006 incident |
| 91 | Admin detention order 07/27/2001 |
| 92 | Admin detention order 08/03/2004 |
| 93 | Admin detention order 11/28/2004 |
| 94 | Admin detention order 01/03/2005 |
| 95 | Admin detention order 01/06/2006 |
| 96 | Inmate complaint 03/24/2004 |
| 97 | Inmate request 12/11/2000 |
| 98 | Transfer request 04/2009 |
| 99 | Transfer request by Terre Haute |
| 100 | Investigative report 12/2009 |
| 101 | threat assessment 04/2009 |
| 102 | Transfer request 05/2016 |
| 103 | Protective Custody review 05/2010 |
| 104 | medical record 11/20/2006 |
| 105 | medical record 12/14/2005 |
| 106 | medical record 06/29/2006 |
| 107 | medical record 08/24/2006 |
| 108 | medical record 08/25/2006 |
| 109 | OPF 50-315 12/11/2005 |
| 110 | Request for transfer 08/31/2006 |
| 111 | PC investigation memo. 08/10/2006 |
| 112 | Inmate history report SERBQ |
| 113 | DHO report re: incident 03/11/2010 |
| 114 | Memo. of investigation of assault claim dated 08/19/2005 |
| 115 | USP Atlanta R&D photo - holding cell entrance |

*John Doe v. Rick Stover, in His Official Capacity, et al.*,
Civil Action No. 1:07-CV-2764-RLV (N.D. Ga.)

**ATTACHMENTS TO PRETRIAL ORDER**

| DEFENDANT'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| 116 | USP Atlanta R&D photo - holding cell bench |
| 117 | USP Atlanta R&D photo - holding cell bench/lavatory |
| 118 | USP Atlanta R&D photo - holding cell exit |
| 119 | USP Atlanta R&D photo - holding cell 2 entrance |
| 120 | USP Atlanta R&D photo - holding cell 2 internal |
| 121 | USP Atlanta R&D photo - holding cell dressing area |
| 122 | Investigation re: custody request USP Lewisburg |
| 123 | PS 5270.07 |
| 124 | PS 1210.24 |
| 125 | PS 5322.12 |
| 126 | PS 5500.12 |
| 127 | PS 5800.14 |
| 128 | USMS Pub. No. 21-G |
| 129 | PS 1330.16 |
| 130 | PS 5100.08 |
| 131 | PS 5160.05 |
| 132 | Legal Resource Guide to BOP 2008 |
| 133 | Scott C. Rolstad Declaration 08/18/2008 |
| 134 | JPATS Directive, Scheduling, Prisoner Transportation |
|  |  |
|  |  |
|  |  |
|  |  |