IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : CIVIL ACTION NO. 1:07-CV-2764-RWS |
| v. | : |
| RICK STOVER, in his official capacity, and FEDERAL BUREAU OF PRISONS DIRECTOR HARLEY LAPPIN, in his official capacity, | : |
| Defendants. | : |

## ATTACHMENT G-2 TO PRE-TRIAL ORDER
## OBJECTIONS TO DEFENDANTS' LIST OF EXHIBITS

Plaintiff has not had a meaningful opportunity to review and consider the documents listed by Defendants in Attachment G-2, which Plaintiff received on November 12, 2010.  Plaintiff is having difficulty identifying a number of these documents from the information provided in Attachment G-2.  Plaintiff respectfully requests that he be permitted to offer objections after he has had an opportunity to consider the documents that Defendants have listed in Attachment G-2, at a time to be set by the Court.