IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:07-CV-2764-RWS |
| OFFICER WOOTEN, in his individual : | |
| capacity, *et al.*, : | |
| Defendants. : | |
| : | |
| : | |

**ORDER**

This case comes before the Court on Plaintiff's Emergency Motion to Compel Supplementation of Defendants' Document Production Pursuant to Fed. R. Civ. P. 26(e)(1)(A) [131]. After a review of the Record, the Court enters the following Order.

Plaintiff seeks to compel the Defendants to supplement their response to Plaintiff's First Set of Document Requests, which requested "[a]ll documents in (a) the BOP central inmate file for Plaintiff, (b) the BOP institutional file for Plaintiff, and (c) the BOP medical file for Plaintiff." Dkt. No. [131-4].

Defendants last produced documents pursuant to this request on November 21, 2008. Dkt. No. [131-5].

Federal Rule of Civil Procedure 26(e) states that "[a] party who has . . .responded to a . . request for production . . .must supplement or correct its disclosure or response: (A) in a timely manner if the party learns that in some material respect the disclosure of response is incomplete or incorrect . . . ." Since November of 2008, the Plaintiff has been moved through five different U.S. Prisons and, clearly, his BOP file has been updated to at least reflect these location changes. Plaintiff needs this information to substantiate his claim that the BOP officials have demonstrated "deliberate indifference" to the Plaintiff's well-being. See Farmer v. Brennan, 511 U.S. 825, 845 (1994) ("the subjective factor deliberate indifference, should be determined in light of the prison authorities' current attitudes and conduct: their attitudes and conduct at the time suit is brought and persisting thereafter.")(internal citations and quotations omitted). Therefore, the Defendants are **COMPELLED** to supplement their Response to Plaintiff's First Set of Document Requests within fourteen (14) days of the entry of this Order.

**SO ORDERED** this  18th  day of May, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE