UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>RICK STOVER, in his official capacity, and<br>CHARLES SAMUELS, JR., in his official capacity,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-2764-RWS |

## **J U D G M E N T**

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action is hereby **dismissed**.

Dated at Atlanta, Georgia, this 16th day of November, 2012.

                                                JAMES N. HATTEN

                                  By:  s/Barbara D. Boyle
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 16, 2012
James N. Hatten
Clerk of Court
By: s/B. D. Boyle
     Deputy Clerk